IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LEONARD COLBY WILLIAMS,     *
                                        *
          Plaintiff,           *
                                        *
vs.                                      *   No. 4:16CV00274 SWW
                                        *
LIBERTY LIFE ASSURANCE COMPANY     *
OF BOSTON, PLAN ADMINISTRATOR,     *
                                        *
          Defendant.         *

**JUDGMENT**

Pursuant to the Opinion and Order entered in this matter on this date, judgment is hereby entered in favor of the Defendant. The complaint is dismissed with prejudice. The Clerk is directed to close the case.

SO ORDERED this 28th day of October, 2016.

                                              /s/Susan Webber Wright

                                              UNITED STATES DISTRICT JUDGE